[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 06-14926
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 12, 2007
THOMAS K. KAHN
CLERK

D. C. Docket No. 06-00598-CV-T-30-TBM

MADELINE M. LAMBERT,

Plaintiff-Appellant,

versus

CHARLES J. CRIST, JR.,
as Attorney General, State of Florida,
ROSENA FINKLEA, et al.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(March 12, 2007)**

Before ANDERSON, BLACK and BARKETT, Circuit Judges.

PER CURIAM:

Madeline Lambert appeals the district court's dismissal of her 28 U.S.C. § 1983 complaint against Richard Moore, Rosena Finklea, Yvette MacMillan, Robert Dietz, and Charles J. Crist, Jr. The district court concluded Moore and Finklea were entitled to qualified immunity, MacMillan and Dietz were entitled to absolute immunity, and Lambert failed to state a claim upon which relief may be granted against Crist for supervisor liability. After a de novo review, we affirm for the reasons stated in the district court's well-reasoned order of August 16, 2006.

**AFFIRMED.**